# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ELLEN MAYS and
ROBERT MAYS, SR.                                                   PLAINTIFFS

v.                            No. 3:17-cv-62-DPM

DOLGENCORP LLC, d/b/a
Dollar General                                                      DEFENDANT

## ORDER

The Court thanks both sides for their helpful pretrial filings. Trial will begin in Jonesboro on Monday, 10 September 2018. The Court will hold a pretrial conference at 9:00 a.m. in chambers and we'll begin the venire at 9:30 a.m. We'll pick the jury, do preliminary instructions, open, and start the proof on Monday.

**Jury Instructions.** The Court is attaching its working drafts of (1) the voir dire; (2) the preliminary instructions; (3) the final instructions; and (4) the verdict form. The Court started with the parties' agreed instructions and statement of the case, and then revised as needed. Please file any suggestions for the voir dire, plus any objections to the instructions and verdict form, by 27 August 2018.

**Voir Dire.** The Court will conduct most of the questioning, with follow-up by each side—ten minutes at most. Please focus your questioning. Voir dire is not a time to explain the burden of proof, to

summarize the case, to seek commitments, or to pump the potential jurors full of fairness. Instead, please ask lean questions about potential jurors' experiences and views to ferret out bias. If either party would prefer to have the Court ask certain questions, please submit them to chambers for consideration by 27 August 2018. We'll have a twelve-person jury with no alternates. The verdict must be unanimous. But, if we lose jurors due to illness or some emergency, then the Court will accept a unanimous verdict from the survivors, with a minimum of six serving jurors.

**Openings and Closings.** Fifteen minutes a side for openings. Twenty minutes a side for closing.

**Objections.** Avoid speaking objections during the trial. A word or two will do. If the Court needs to hear more, then we'll have a bench conference.

**Exhibits.** The parties must submit their final lists of witnesses and exhibits by Wednesday, 5 September 2018, as prescribed in the Scheduling Order, № 8 at 5. A binder with courtesy copies of exhibits should be submitted to Jonesboro chambers, too. Please use the Court's forms for both exhibit and witness lists. If either party plans to use electronic exhibits, then they should have paper copies available as a fall-back.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*20 August 2018*