# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ELLEN MAYS and
ROBERT MAYS, SR.                                        PLAINTIFFS

v.                       No. 3:17-cv-62-DPM

DOLGENCORP LLC, d/b/a
Dollar General                                          DEFENDANT

## ORDER

The Court appreciates the proposals from Mr. and Mrs. Mays about the *voir dire* and jury instructions. We'll use "incident" rather than "accident." The Court adopts all the proposed questions with a clarification. During "Juror Question Time," see page eight of the *voir dire*, the Court will ask about news sources, web browsing, bumper stickers, readings, and the like so everyone can get a better sense of the panel members' thinking. The Court is attaching updated versions of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the verdict form. The *voir dire* and preliminary instructions are locked in. The Court would benefit from further suggestions on the final instructions and verdict form as the trial progresses.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*30 August 2018*