# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ELLEN MAYS and
ROBERT MAYS, SR.                                                    PLAINTIFFS

v.                              No. 3:17-cv-62-DPM

DOLGENCORP LLC, d/b/a
Dollar General                                                       DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2018